WILLIAM SMITH, Appellant, *v.* CITY OF ALBANY, Respondent.

Argued January 17, 1941; decided February 27, 1941.

570

*Borden H. Mills* for appellant.

*James J. McGuiness, Corporation Counsel (Joseph J. Casey* and *Ralph S. Leonard* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.